# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

510

KA 14-02143

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, DEJOSEPH, AND NEMOYER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V            MEMORANDUM AND ORDER

DAVID A. WITHERSPOON, DEFENDANT-APPELLANT.

---

JEANNIE D. MICHALSKI, CONFLICT DEFENDER, GENESEO, FOR
DEFENDANT-APPELLANT.

GREGORY J. MCCAFFREY, DISTRICT ATTORNEY, GENESEO (JOSHUA J. TONRA OF
COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Livingston County Court (Robert B.
Wiggins, J.), dated October 23, 2014. The order determined that
defendant is a level three risk pursuant to the Sex Offender
Registration Act.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Memorandum: On appeal from an order determining that he is a
level three risk pursuant to the Sex Offender Registration Act
(Correction Law § 168 *et seq.*), defendant contends that County Court's
upward departure from his presumptive classification as a level two
risk is not supported by clear and convincing evidence. We reject
that contention. " 'The court's discretionary upward departure [to a
level three risk] was based on clear and convincing evidence of
aggravating factors to a degree not taken into account by the risk
assessment instrument' " (*People v Tidd*, 128 AD3d 1537, 1537, *lv
denied* 25 NY3d 913). We reject defendant's further contention that
the court improperly admitted a sworn deposition from each of the two
victims inasmuch as those depositions constitute "reliable hearsay"
that the court could properly consider in making an upward departure
(§ 168-n [3]; *see People v Pichcuskie*, 111 AD3d 1344, 1344, *lv denied*
22 NY3d 861).

Entered: June 10, 2016            Frances E. Cafarell
                                                 Clerk of the Court